

945 East Park Drive, Ste 103, Harrisburg, PA 17111
Phone: 717-231-1640/800-399-0003 – Fax: 717-231-1650
Email: law@klnivenlaw.com

September 24, 2025

**VIA ECF**
The Honorable Jennifer P. Wilson
United States District Court
Middle District of Pennsylvania

      Re: Teressa Covey v. City of Harrisburg
         Case: 1:24-cv-02014-JPW

Dear Judge Wilson:

This firm represents Plaintiff, Teresa Covey, in the above matter.

I am pleased to inform the Court that Plaintiff and Defendant, City of Harrisburg, have reached a settlement agreement at this time, though we are still finalizing terms. To that end, Plaintiff will not be filing a responsive Brief to Defendant's Motion for Judgment on the Pleadings, due today.

Once Plaintiff and Defendant finalize said terms, Plaintiff will file a Joint Stipulation of Dismissal.

The Parties thank the Court for its consideration in this matter.

                Sincerely,

                MARZZACCO, NIVEN & ASSOCIATES

                Faith Pensinger, Esq.
                945 East Park Drive, Suite 103
                Harrisburg, PA 17111
                TEL: 717-231-1640
                FAX: 717-231-1650
                fpensinger@klnivenlaw.com
                *Attorney for Plaintiff*

Cc: Sheryl L. Brown, Esquire